UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT of WASHINGTON

TONY G. HAUGEN,

                Plaintiff,

vs.

THE FISHING COMPANY OF ALASKA, INC., et al.,

                Defendant.

C06-713 RSL

**MINUTE ORDER REASSIGNING CASE**

      Pursuant to the Amended General Order entered by the Chief Judge on November 3, 2004, this action has been reassigned to the Honorable Robert S. Lasnik, United States District Judge.

      All future documents filed in this case must bear the cause number C06-713 RSL and bear the Judge's name in the upper right hand corner of the document.

Dated this 28th day of June, 2006

BRUCE RIFKIN
Clerk of Court

by: /s/   PETER H. VOELKER
        Peter H. Voelker, Deputy Clerk